COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Rafael Turcios v. The State of Texas

Appellate case number:    01-10-00747-CR

Trial court case number:  1221167

Trial court:              209th District Court of Harris County

     A supplemental clerk's record that complies with our Order of Abatement has been filed. Accordingly, the appeal is **reinstated**.

     It is so **ORDERED**.

Judge's signature: /s/ <u>Justice Laura C. Higley</u>
          ☑ Acting individually    ☐ Acting for the Court

Date: July 24, 2012